UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
AUG 25 2011
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Crim. No. 11-20467

HONORABLE ROBERT H. CLELAND

D-1   GLENN E. MORGAN, JR.,

    Defendant.

_____/

## WAIVER OF INDICTMENT

I, GLENN E. MORGAN, JR., the Defendant in this case, understand that I am being charged with the following felony: Mailing Threatening Communications, in violation of 18 U.S.C. § 876(c). I have been informed and understand that any person charged with a federal felony offense has the right to insist that the case proceed by way of an indictment returned by a grand jury. Understanding this, and pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure, I hereby waive any right to prosecution by indictment and consent that the prosecution may be brought by information instead of by indictment.

GLENN E. MORGAN, JR.
Defendant

NANCY L. McGUNN (P55156)
Attorney for Defendant

Dated: August 25, 2011